## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| H & E EQUIPMENT SERVICES, INC. | PLAINTIFF |
| VS. CASE NO. 09-4026 | |
| LAND IMPROVEMENT COMPANY, INC.<br>And JERRY DERDEN, Individually | DEFENDANTS |
| LAND IMPROVEMENT COMPANY<br>and JERRY DERDEN | CROSS-CLAIMANTS/<br>CROSS-DEFENDANTS |
| VS. | |
| MCCORMICK ASPHALT PAVING & EXCAVATING<br>and THE CINCINNATI INSURANCE COMPANY | CROSS-DEFENDANTS/<br>CROSS-CLAIMANTS |

### CONSENT JUDGMENT

On April 2, 2009, Plaintiff, H & E Equipment Services, Inc. ("H & E"), filed its Complaint in this action against the Defendants, Land Improvement Company, Inc. and Jerry Derden, Individually (collectively the "Defendants"), seeking judgment on breach of contract against the Defendants, for its costs expended, attorneys' fees, and all other just and proper relief to which the Plaintiff was entitled.

The parties have presented the Court with this Consent Judgment as a means of fully and finally resolving the disputes between them. The Court is familiar with the factual background of the case and the factual and legal issues that the case presents. Based on all of the matters that have been presented to the Court, the agreement of the parties to the terms of this Consent Judgment, and the representations of the parties and/or the parties' attorneys, the Court finds and determines that it should approve and enter this Consent Judgment and retain jurisdiction of the case for the purpose of enforcing it. It is therefore ORDERED, ADJUDGED, AND DECREED:

1. That H & E is entitled to a judgment against the Defendants as follows:

   a. Compensatory Damages = $23,020.56

   b. Attorneys' Fees = $9,000.00

   c. Costs = $350.00

   Total Amount of Judgment = $32,370.56

2. That H & E is entitled to an award of pre-consent judgment and post-consent judgment interest on the amount owed at a rate of five and a half percent (5.5%) per annum or at the maximum rate allowed by Arkansas law.

ENTERED this 5 day of March, 2010.

_____
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE

DATE 3/5/10

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 1 2 2010

CHRIS R. JOHNSON, CLERK

BY
          DEPUTY CLERK

Approved by:

**ATTORNEYS FOR H & E EQUIPMENT SERVICES, INC.**

_Ashlea Brown_
Ashlea Brown, AR Bar No. 2007197
Andrew B. Faulkner, AR Bar No. 2002080
NEWLAND & ASSOCIATES, PLLC
2228 Cottondale Lane, Suite 200
Little Rock, AR 72202
(501) 221-9393
Facsimile: (501) 221-7058

**ATTORNEYS FOR LAND IMPROVEMENT COMPANY, INC. AND JERRY DERDEN**

_Jay Bequette_
Jay Bequette, AR Bar No. 87012
BEQUETTE & BILLINGSLEY, P.A.
425 West Capitol, Suite 3200
Little Rock, AR 72201
(501) 374-1107
Facsimile: (501) 374-5092