IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, for use of<br>H & E EQUIPMENT SERVICES, INC. | PLAINTIFF |
| VS. CASE NO. 09-CV-4026 | |
| LAND IMPROVEMENT COMPANY, and<br>JERRY DERDEN, Individually | DEFENDANTS |
| MCCORMICK ASPHALT PAVING &<br>EXCAVATING, INC.; and THE<br>CINCINNATI INSURANCE COMPANY | CROSS-CLAIMAINTS/<br>CROSS-DEFENDANTS |
| VS. | |
| LAND IMPROVEMENT COMPANY, INC.<br>and JERRY DERDEN, Individually | CROSS-CLAIMAINTS/<br>CROSS-DEFENDANTS |

## ORDER OF DISMISSAL

Before the Court is a Notice of Dismissal filed by Cross Plaintiff, Land Improvement Company, Inc. ("LIC"). (Doc. No. 19). In the notice, LIC dismisses its Cross-Claim against McCormick Asphalt Paving & Excavating, Inc. and Cincinnati Insurance Company. Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Cross Plaintiff Land Improvement Company, Inc.'s Cross Claim against Cross Defendants McCormick Asphalt Paving & Excavating, Inc. and Cincinnati Insurance Company is hereby dismissed with prejudice.

IT IS SO ORDERED, this 12th day of March, 2010.

                                                   /s/Harry F. Barnes
                                                 Hon. Harry F. Barnes
                                                 United States District Judge