IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for use of H & E EQUIPMENT SERVICES, INC. | PLAINTIFF |
| VS.   CASE NO. 09-CV-4026 | |
| LAND IMPROVEMENT COMPANY, and JERRY DERDEN, Individually | DEFENDANTS |
| MCCORMICK ASPHALT PAVING & EXCAVATING, INC.; and THE CINCINNATI INSURANCE COMPANY | CROSS-CLAIMAINTS/ CROSS-DEFENDANTS |
| VS. | |
| LAND IMPROVEMENT COMPANY, INC. and JERRY DERDEN, Individually | CROSS-CLAIMAINTS/ CROSS-DEFENDANTS |

## ORDER OF DISMISSAL

Before the Court is a Notice of Dismissal filed by Cross Plaintiff, Land Improvement Company, Inc. ("LIC").  (Doc. No. 19).  In the notice, LIC dismisses its Cross-Claim against McCormick Asphalt Paving & Excavating, Inc. and Cincinnati Insurance Company. Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Cross Plaintiff Land Improvement Company, Inc.'s Cross Claim against Cross Defendants McCormick Asphalt Paving & Excavating, Inc. and Cincinnati Insurance Company is hereby dismissed with prejudice.

IT IS SO ORDERED, this 12th day of March, 2010.

       /s/Harry F. Barnes
       Hon. Harry F. Barnes
       United States District Judge